**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
MICHAEL ELLISON,                                    :
          **Plaintiff,**                     :         **CIVIL ACTION**
    v.                                        :         **NO. 13-3378**
                                                   :
C/O MAURICE CRUMP *et al.*
          **Defendants.**                    :
_____:

## ORDER

AND NOW, this 10th day of February, 2014, upon consideration of the Partial Motion to Dismiss Plaintiff's Amended Complaint filed by Defendants Joseph McCreary, Maurice Crump, and Silver Black [Doc. No. 9], and Defendant Maurice Crump's Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 11] it is hereby ORDERED as follows:

1. The Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 9] as to Defendant Black for failure to serve, is deemed MOOT;[1]

2. The Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 9] as to Defendant Crump for failure to serve is deemed MOOT;[2]

3. To the extent the First Amended Complaint [Doc. No. 8] is based upon an alleged violation of the Eighth Amendment to the Constitution, those allegations are dismissed;

4. The remainder of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 9] is DENIED; and

---

[1] The Court had previously dismissed Defendant Black from this case on September 5, 2013 (Doc. No. 10).

[2] In Officer Crump's September 15, 2013 Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 11], he waived service of process.

5.  The remainder of Defendant Maurice Crump's Partial Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 11] is DENIED.


It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE